# United States Court of Appeals
## For the First Circuit

No. 05-1883

LUIS A. PADILLA,

Plaintiff, Appellant,

v.

JOANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on July 19, 2006, is corrected as follows:

In the first sentence of the first paragraph on the second page, delete "accepting the opinion and order of the magistrate judge".

In the first sentence of the final paragraph on page 4, capitalize "RFC".

In the case citation appearing on page 7, replace "1sr" with "1st".